# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL ANTHONY KOURI,**                                                **PETITIONER**

v.                      Case No. 5:18-cv-00255-KGB-JTK

**DEXTER PAYNE, Director**                                          **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Michael Anthony Kouri's amended petition for writ of habeas corpus is denied and dismissed with prejudice (Dkt. No. 8).  A certificate of appealability is denied.

It is so adjudged this 10th day of September, 2020.

                                                                     Kristine G. Baker
                                                                     United States District Judge